UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


FILED
FEB 21 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

In The Matter Of Non-Cash Collateral   )
                                          )      ORDER
at Oakland, California              )

The Clerk of Court has advised the court that the non-cash collateral items posted to secure the bonds listed below are still in the court's possession. The cases are closed and the defendants are either serving or have completed serving their sentences and the posted items should be returned to the property owners, therefore,

**IT IS ORDERED** that bonds are exonerated and the Clerk of the Court is directed to return the non-cash collateral items for the below listed cases to the property owners.

| CASE NUMBER | CASE NAME | NON-CASH COLLATERAL ITEM POSTED |
|---|---|---|
| 3:88-CR-00747 CW | U.S. V FRANK BREIKREUTZ | Deed of Trust No. 88 225535 |
| 3:89-CR-00500 DLJ | U.S. V RICHARD MARIUCCI | Deed of Trust Doc. No. 89 491402 of James R & Jo Alice Knisley |
| 3:91-CR-00647 SBA | U.S. V RICHARD DERINGER | Deed of Trust Doc No. 91-38256 of Richard I. Deringer |
| 4:91-CR00209 DLJ | U.S. V THEOFANIS GEORGAS | Deed of Trust Doc No. 1991-0537950 of Jose Juan Galicia |
| 4:95-CR-00434 CAL | U.S. V EARL JAMES LINK | USA Federal Aviation License Certificate No. 562624885 |
| 4:95-CR-00434 CAL | U.S. V EARL JAMES LINK | Deed of Trust Doc. #1995 0096253 of Earl Link & Sandra Herkes |
| 4:00-CR-40069 CW | U.S. V RAYMOND WONG | Deed of Trust Doc. #200-0054319-00 of Kwong C. Wong & Siu Ping Fanny Wong |
| 4:01-CR-40159 CW | U.S. V MICHELE ELAINE SERRAO | Deed of Trust Doc. # 2001-00147986 of Ambrose & Helen J. Reguera |
| 4:04-CR-40044 CW | U.S. V AARON WILLIAMS | Deed of Trust Doc. No. 2005-0194575-00 of Len A & Cornelia Simmons |
| 4:00-CR-40242 SBA | U.S. ENRIQUE L. VILLALOBOS | Deed of Trust Doc. No. 2002-005525 of Guadalupe Martinez |
| 4:00-CR-40242 SBA | U.S. ENRIQUE L. VILLALOBOS | Erroneously receipted Quitclaim Deed of Guadalupe Martinez |
| 4:02-CR-40216 SBA | U.S. V SEAN BREEN | Deed of Trust # 2002531309 of Sean M. Breen |
| 4:98-CR-00165 PJH | U.S. V ROBERT PALUCH | Mortgage Deed No. 2068 392 of Jerome M. Paluch |
| 4:04-CR-00278 PJH | U.S. V STEVEN WALTER STEFFANI | Deed of Trust Doc. No. 18028740 of Joyce Girard |
| 4:06-CR-00087 PJH | U.S. V HERBERT BELL | Deed of Trust Doc. No. 2005007511 of Joan B. Horton |
| 4:08-CR-00143 PJH | U.S. V FRANCISCO MORA-ALVAREZ | Deed of Trust Doc No. 0809729 of Francisco Mora |
| 4:06-00097 MJJ | U.S. V JAYSON WESTFALL | Deed of Trust Doc. No. 2005516056 of Michael Santos & Heather Santos |

DATED: 2/21/12

U.S. DISTRICT COURT JUDGE